THE HONORABLE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re Application of<br><br>ZIM INTEGRATED SHIPPING SERVICES LTD.,<br><br>    Applicant,<br><br>For Emergency Order Authorizing Discovery For Use In Foreign Proceedings Under 28 U.S.C. § 1782 | Case No. 2:21-mc-0006-RSL<br><br>ORDER PURSUANT TO 28 U.S.C. §1782 TO ISSUE SUBPOENAS TO THE MASTER AND CREW OF THE M/V E.R. TIANPING FOR THE PRODUCTION OF DOCUMENTS AND DEPOSITIONS FOR USE IN A FOREIGN PROCEEDING |

    The ex parte Application of ZIM INTEGRATED SHIPPING LTD. ("Zim") for an Order pursuant to 28 U.S.C. § 1782 to issue subpoenas to the master and crew of the M/V E.R. TIANPING (IMO# 9305489) (the "Vessel"), a vessel scheduled to call at Terminal 18 of the Port of Seattle in Seattle, Washington, on or about January 25, 2021, for the inspection and production of documents, and depositions of the master and certain crew members, having come before the court and the court having considered the submission made by Applicant, it is hereby:

    ORDERED that the Application is granted; and, it is further

Page 1 -   ORDER UNDER 28 U.S.C. § 1782

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711
Fax: 206.292.0460

ORDERED that Applicant is authorized to conduct limited discovery pursuant to 28 U.S.C. § 1782 and the Federal Rules of Civil Procedure in the form of a subpoena to the master of the Vessel for the production of the documents as set forth in Exhibit A to the subpoena attached to the Application and subpoenas to the master and vessel crew members for depositions; and, it is further

ORDERED that the order and subpoenas will be served on the master of the Vessel, as soon as possible after the Vessel's arrival at Terminal 18, Port of Seattle, in Seattle, Washington on or about January 25, 2021, by any person who is at least 18 years old and not a party; and, it is further

ORDERED that Applicant's counsel may amend and sign the subpoenas, pursuant to the Federal Rules of Civil Procedure, Rule 45, to accommodate any change of the Vessel's estimated time of arrival; and, it is further

ORDERED that Applicant's counsel and/or a surveyor or other maritime expert appointed by Applicant may accompany the person serving the subpoenas and may be allowed to remain on board the Vessel to expedite the compliance with this court's order and the subpoenas; and, it is further

ORDERED that the court will retain jurisdiction over this matter as necessary to enforce the terms of discovery authorized by this Order.

Dated this 20th day of January, 2021.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Page 2 -   ORDER UNDER 28 U.S.C. § 1782

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711
Fax: 206.292.0460

**Presented by:**

SCHWABE, WILLIAMSON & WYATT, P.C.


/s/ Molly J. Henry
Philip Lempriere, WSBA #20304
Email: plempriere@schwabe.com
Molly J. Henry, WSBA #40818
Email: mhenry@schwabe.com
Adam P. Murray, WSBA #48553
Email: amurray@schwabe.com
*Attorneys for Zim Integrated Shipping Services Ltd.*

PDX\29928019.1.docx

Page 3 -    ORDER UNDER 28 U.S.C. § 1782

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711
Fax: 206.292.0460